IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

1. J. DOE, *a minor child,
   by and through their mother*, Jane Doe,
   *also an individual*,

   *Plaintiff*,

vs.

1. RYAN WALTERS, *an individual and in his official capacity as State Superintendent of Public Instruction and Chair of the Oklahoma State Board of Education,*

2. DON BURDICK, *an individual and in his official capacity as member of the State Board of Education for District 1,*

3. SARAH LEPAK, *an individual and in her official capacity as member of the State Board of Education for District 2,*

4. KENDRA WASSON, *an individual and in her official capacity as member of the State Board of Education for District 4,*

5. KATIE QUEBEDEAUX, *an individual and in her official capacity as member of the State Board of Education for District 4,*

6. ZACHARY ARCHER, *an individual and in his official capacity as at-large member of the State Board of Education, and*

7. SUZANNE REYNOLDS, *former at-large member of the State Board of Education solely in her individual capacity,*

   *Defendants.*

No. CIV-24-34-R

**ORDER**

Defendants' Motion for Extension of Time is GRANTED. All Defendants will respond to Plaintiff's Petition and pending Motion for Leave to Proceed Under Pseudonym no later than January 31, 2024.

**IT IS SO ORDERED** this 16th day of January, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE