IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| J. DOE, a minor child, by and through their mother, JANE DOE, and JANE DOE as an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. CIV-24-34-R |
| RYAN WALTERS, an individual and in his official capacity as State Superintendent of Public Instruction and Chair of the Oklahoma State Board of Education, et al. | ) ) ) ) ) ) ) | |
| Defendant | ) | |

**ORDER**

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint [Doc. 6]. During the pendency of the Motion, Plaintiffs filed an Amended Complaint [Doc. 12]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.,* 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendants' Motion to Dismiss [Doc. 6] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 27th day of February, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE