IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| J. DOE, a minor child, by and through their mother, JANE DOE, and JANE DOE as an individual, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. CIV-24-34-R |
| RYAN WALTERS, an individual and in his official capacity as State Superintendent of Public Instruction and Chair of the Oklahoma State Board of Education, et al. ) ) ) ) ) ) ) | |
| Defendant ) | |

## ORDER

After Defendants removed this action based on federal question jurisdiction and moved to dismiss Plaintiffs' claims pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Plaintiffs filed an Amended Complaint that eliminated all claims brought under federal law. Now before the Court is Plaintiffs' Motion to Remand [Doc. No. 13] requesting that the Court decline to exercise supplemental jurisdiction over the remaining state-law claims. Defendants filed a response [Doc. No. 18] agreeing that this case should be remanded given Plaintiffs' elimination of all federal claims from the operative pleading.

Accordingly, Plaintiffs' Motion to Remand [Doc. No. 13] is GRANTED and this action is remanded to the District Court of Cleveland County, Oklahoma. Plaintiffs' Motion to Stay [Doc. No. 14] is denied as moot.

IT IS SO ORDERED this 12th day of March, 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE